UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAGHVENDRA SINGH, | No. 2:23-cv-02804-EFB (HC) |
| Petitioner, | |
| v. | ORDER |
| JEFF MACOMBER, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has not, however, filed a complete in forma pauperis ("IFP") affidavit or paid the required filing fee ($5.00). *See* 28 U.S.C. §§ 1914(a); 1915(a); Rule 3(a) of the Rules Governing § 2254 Cases in the U.S. District Courts. Petitioner's IFP application lacks a response to form questions 3.a. and 3.b., indicates that petitioner receives "disability payments" that go "to my family," but does not state the amount of such payments, and has a blank certificate on which petitioner has written "refused to certify." ECF No. 2. Petitioner will be provided the opportunity to either submit a fully completed affidavit in support of a request to proceed in forma pauperis or submit the appropriate filing fee.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner shall submit, within thirty days from the date of this order, a completed affidavit in support of his request to proceed in forma pauperis or the appropriate

1

1 filing fee;

2. Petitioner's failure to comply with this order will result in a recommendation that this action be dismissed;

3. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district.

Dated: June 13, 2024

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE