UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAGHVENDRA SINGH,

        Petitioner,

   v.

JEFF MACOMBER,

        Respondent.

No.  2:23-cv-2804-WBS-EFB (HC)

ORDER

Petitioner proceeds with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 13, 2024, the magistrate judge filed findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within fourteen days.  Petitioner has filed objections to the findings and recommendations.  ECF No. 20.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

   1.  The findings and recommendations (ECF No. 19) are adopted in full;

   2.  The petition is dismissed as duplicative of E.D. Cal. Case No. 2:23-cv-2423-AC;

1

3.  The Clerk of Court is directed to terminate all pending motions and close the case; and

4.  The court declines to issue the certificate of appealability referenced in 28 U.S.C.

§ 2253.

Dated:  December 12, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2